**IN THE SUPREME COURT OF PENNSYLVANIA
EASTERN DISTRICT**

| | | |
|---|---|---|
| IN THE INTEREST OF: A.B., A MINOR | : | No. 439 EAL 2021 |
| | : | |
| | : | |
| PETITION OF: M.A., FATHER | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 21st day of December, 2021, the Petition for Allowance of Appeal is **DENIED**.